IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|     **Plaintiff,**                                      ) | |
| v.                                                         ) | CIVIL ACTION NO. 11-00063-KD-M |
|                                                         ) | |
| **DELOIS WARREN, d/b/a BRANJALO**     ) | |
| **TAX SERVICE,**                                 ) | |
|     **Defendant.**                                ) | |

**ORDER**

This matter is before the Court on the Defendant's "Motion for Partial Relief from the Court's [December 14, 2011] Order" (Doc. 20) and the Government's Response (Doc. 22).

Specifically, Defendant Warren requests relief from certain notification and certification requirements of the Court's Order of December 14, 2011. (Doc. 15). These requirements instruct Defendant Warren: 1) to produce a list identifying her customers to counsel for the United States; 2) to notify those customers of the injunction ordered against her, and; 3) to certify to the Court that she has complied with those two requirements. (Id. at 2). As grounds, Defendant Warren asserts that she has "attempted unsuccessfully to retrieve the client data and believes, due to the passage of time, that the spirit of the Court's Order has been served." (Doc. 20). In response, the Government does not oppose the partial relief sought by Defendant Warren but requests that the remainder of the Order remain in effect. (Doc. 22).

Upon consideration, it is **ORDERED** that Defendant Warren's *unopposed* Motion for Partial Relief from the notification and certification requirements of the December 14, 2011 Order (Doc. 15) is **GRANTED**. Accordingly, it is **ORDERED** that Defendant Warren is hereby **RELIEVED** from the following requirements:

1

> …mail[ing] an executed copy of this injunction to all persons for whom she has prepared a federal tax return or form since January 1, 2007. Defendant must mail the copies within 15 days of the date of this order and must, within 5 days thereafter, file with the Court a sworn certificate stating that she has complied with this requirement. The mailings shall include a cover letter in a form either agreed to by counsel for the United States or approved by the Court, and shall not include any other documents or enclosures except those specifically mentioned therein.…produc[ing] to counsel for the United States, within fifteen days of the Court's order, a list that identifies by name, social security number, address, email address, and telephone number and tax period(s) all persons for whom she prepared federal tax returns since January 1, 2007[.]

(Doc. 15 at 3).  All other portions of the December 14, 2011 Order (Doc. 15) remain in full effect.

        **DONE** and **ORDERED** this the **29th** day of **May 2012.**

                              /s/Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **UNITED STATES DISTRICT JUDGE**